costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

MARY A. ANGOT and EMILE P. ANGOT, Appellants, v. FRANCIS ROGERS & SONS, INC., and Another, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of Supplementary Proceedings: GEORGE ROTHENBERG and CHARLES WEISS, Judgment Creditors, v. DAVID EISENBERG and Others, Judgment Debtors. GEORGE ROTHENBERG and CHARLES WEISS, Respondents; SADYE GORSCHEN and ÆTNA LIFE INSURANCE COMPANY, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of FEDERATED TEXTILES, INC., Respondent, against WINER-DICKSON, INC., Appellant, for an Order Requiring Said Defendant to Submit Certain Differences between the Parties to Arbitration.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

JOSEPHINE PARKAS, Respondent, v. PETER PARKAS, Appellant.— Order entered June 25, 1940, unanimously modified by striking out the provision for temporary alimony, and, as so modified, affirmed, without costs. (See *Braunworth* v. *Braunworth, ante,* p. 113.) Order entered on or about July 9, 1940, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [See *post,* p. 909.]

ISRAEL A. HOROWITZ, Respondent, v. SHWAYDER BROS., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to appear, answer or otherwise plead within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

HARRY S. SHERESKY, Respondent, v. AMERICAN STORE EQUIPMENT & CONSTRUCTION CORP. and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Arbitration of Certain Differences between NEW YORK LIFE INSURANCE COMPANY and JAMES A. TILLMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See 259 App. Div. 875.]

In the Matter of the Arbitration of Certain Differences between NEW YORK LIFE INSURANCE COMPANY and JAMES A. TILLMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See 259 App. Div. 809.]

In the Matter of the Arbitration of Certain Differences between NEW YORK LIFE INSURANCE COMPANY and JAMES A. TILLMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See 259 App. Div. 811.]